◼ In the Matter of DENNIS R. GAUSS, Appellant, v JENNIFER L. GAUSS, Respondent. In the Matter of JENNIFER L. GAUSS, Respondent, v DENNIS R. GAUSS, Appellant. [877 NYS2d 228]—Appeal from an order of the Family Court, Steuben County (Marianne Furfure, J.), entered April 8, 2008 in a proceeding pursuant to Family Court Act article 6. The order modified a prior order of custody and visitation.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.

◼ JOHN V. RIBIS, Appellant, v EAST IRONDEQUOIT CENTRAL SCHOOL DISTRICT et al., Respondents. [877 NYS2d 228]—Appeal from an order of the Supreme Court, Monroe County (Matthew A. Rosenbaum, J.), entered January 17, 2008. The order, inter alia, granted the cross motion of defendants for summary judgment and dismissed the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.